IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2147040  NE14 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DANIEL B. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

On the Court's own motion, the hearing scheduled on January 25, 2011 at 9:00 a.m. is canceled and continued to January 24, 2011 at 9:00 a.m. before the undersigned magistrate judge in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The clerk will mail a copy of this order to defendant Daniel B. Johnson at his address of 5412 North 49th Avenue, Omaha, Nebraska 68104.

DATED this 30th day of December, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge